An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

ANGEL TORRES,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63983

**FILED**

OCT 15 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of second-degree kidnapping and child abuse and neglect with substantial bodily harm. Eighth Judicial District Court, Clark County; Jerome T. Tao, Judge.

Appellant argues that the district court erred by denying his presentence motion to withdraw his guilty plea because he was not provided with the child victim's hospital records before entry of his guilty plea and therefore he was unable to make a reasoned and informed decision to plead guilty. NRS 176.165 permits a defendant to file a motion to withdraw a guilty plea before sentencing. The district court may grant such a motion in its discretion for any substantial reason that is fair and just. *State v. Second Judicial Dist. Court*, 85 Nev. 381, 385, 455 P.2d 923, 926 (1969). "On appeal from a district court's denial of a motion to withdraw a guilty plea, this court 'will presume that the lower court correctly assessed the validity of the plea, and we will not reverse the lower court's determination absent a clear showing of an abuse of discretion.'" *Riker v. State*, 111 Nev. 1316, 1322, 905 P.2d 706, 710 (1995) (quoting *Bryant v. State*, 102 Nev. 268, 272, 721 P.2d 364, 368 (1986)).

SUPREME COURT
OF
NEVADA

(O) 1947A

14-34314

Here, the evidentiary hearing transcripts reveal that the State provided counsel with the hospital records on the morning of the third day of trial. Before counsel had the opportunity to fully review them, appellant insisted on engaging in plea negotiations, which resulted in him pleading guilty to second-degree kidnapping and child abuse and neglect with substantial bodily harm. We conclude that appellant has failed to demonstrate that the district court abused its discretion by denying his presentence motion to withdraw his guilty plea. Accordingly, we

ORDER the judgment of conviction AFFIRMED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc:    Hon. Jerome T. Tao, District Judge
       Law Office of Betsy Allen
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk